AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>SHAQUANDA RAESHEENA CASTLIN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-100<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __(see below)__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1344 | between June 29, 2023 and July 11, 2023, did knowingly execute, and attempt to execute, a scheme to defraud a financial institution, and to obtain money, funds, credits, assets, securities, and other property owned by, and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. 1344. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

J. Michael McClelland - U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 25, 2025

City and state: Columbus, Ohio

_____
Kimberly A. Jolson
United States Magistrate Judge

# AFFIDAVIT

I, Jan Michael McClelland, Postal Inspector, being duly sworn, depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I have been a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio and have been so employed since March 2015. My responsibilities include investigating money laundering, financial crimes, identity theft, mail theft, mail fraud, bank fraud, intellectual property fraud, prohibited mailings, dangerous mail, and other violations with a nexus to the U.S. Postal Service (USPS). Prior to becoming a U.S. Postal Inspector, I was a Special Agent with the U.S. Secret Service from December 2002 through March 2015. My responsibilities as a Special Agent included investigating financial crimes, identity theft, counterfeit currency, bank fraud, wire fraud, access device fraud and threats against the President and Vice President.

## PURPOSE OF AFFIDAVIT

2. This Affidavit is made in support of a federal criminal complaint against **SHAQUANDA RAESHEENA CASTLIN ("CASTLIN")** for one count of Bank Fraud, in violation of Title 18, United States Code § 1344.

3. The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to support of a violation of Title 18, United States Code, Section 1344 (Bank Fraud) for the requested warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant did not include each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are believed to be necessary to establish probable cause that CASTLIN committed the violation listed above.

## FACTS SUPPORTING FINDING OF PROBABLE CAUSE

5. In or about June 2022 through July 2023, numerous businesses in the Columbus, Ohio area ("victim business(es)") reported that mail was stolen from their exterior cluster mailboxes to include checks from customers paying for services rendered. During this time, numerous businesses in similar names as the legitimate businesses were filed/opened electronically with the Ohio Secretary of State – typically, adding an additional word to the business name resulting in a slight change. Bank accounts

1

under these similar business names were then opened at numerous banks in the Southern District of Ohio, utilizing documents from the Ohio Secretary of State to open these bank accounts. Once the bank accounts were opened, the missing, stolen checks made out to the actual victim businesses were deposited into the bank accounts of the recently opened business with a similar business name. Once the checks were deposited, funds were withdrawn from the accounts. The actual victim businesses did not authorize the deposit of these checks.

6. On or about June 29, 2023, the business name United Garage Door Limited LLC was filed electronically with the Ohio Secretary of State under the name Isis Griffin, with Shaquanda CASTLIN listed as a statutory agent for the business. Notably, one of the victim businesses is United Garage Door Columbus, 1763 Dividend Drive, Columbus, Ohio 43228.

7. On or about June 29, 2023, an account under the name United Garage Door Limited LLC was opened at Wright-Patt Credit Union, Grandview Yard Branch, 860 W 3rd Avenue, Columbus, Ohio. Shaquanda CASTLIN is the name listed on the account opening application for United Garage Door Limited LLC. CASTLIN's Ohio Driver's license was provided as identification when opening the account.

8. On the same date, two checks were deposited into CATLIN's United Garage Door Limited LLC account at Wright Patt Credit Union:

   a. check number 34866, from Kettering Overhead Door, made payable to United Garage Door, 1763 Dividend Drive, Columbus, Ohio 43228, in the amount of $2,093.44; and

   b. check number 2544, from Penn Central Door, made payable to United Garage Door, 1763 Dividend Drive, Columbus, Ohio 43228, in the amount of $17,246.46.

Wright-Patt Credit Union Financial Crimes Department provided the two (2) photos below of CASTLIN at Wright-Patt Credit Union in Columbus, Ohio where the above checks were deposited into her account.





9. On or about June 30, 2023, a withdrawal in the amount of $200.00 was made from CASTLIN's account at Wright-Patt Credit Union, Grandview Yard Branch, 860 W 3rd Avenue, Columbus, Ohio. Wright-Patt Credit Union Financial Crimes Department provided the two (2) photos below of CASTLIN at the above Wright-Patt Credit Union branch where $200.00 was withdrawn from her United Garage Door Limited LLC account.





10. On or about July 11, 2023, a withdrawal in the amount of $10,000.00 was made from CASTLIN's account at Wright-Patt Credit Union, Grandview Yard Branch, 860 W 3rd Avenue, Columbus, Ohio. Wright-Patt Credit Union Financial Crimes Department provided the two (2) photos below of CASTLIN at the above Wright-Patt Credit Union branch where $10,000.00 was withdrawn from her United Garage Door Limited LLC account.





11. On or about July 11, 2023, a withdrawal of $9,139.90 (remaining balance) in CASTLIN's Wright-Patt Credit Union account was attempted at Wright-Patt Credit Union, 30 Graceland Blvd., Columbus, Ohio. The only checks deposited into this account were the unauthorized checks referenced in this affidavit. Wright-Patt Credit Union Financial Crimes Department provided the below photo of CASTLIN at the above Wright-Patt Credit Union attempting to withdraw the remaining balance from her United Garage Door Limited LLC account.

5



12. Wright-Patt Credit Union advised that the legitimate business, United Garage Door Columbus, was contacted regarding the above checks that were deposited on June 29, 2023, into CASTLIN's account. A representative of United Garage Door Columbus stated that the checks are legitimate but were not authorized for deposit into CASTLIN's account. Wright-Patt Credit Union sustained a loss of $10,195.00 on CASTLIN's account due to the fraudulent deposit and withdrawal.

13. Representatives from the legitimate victim businesses where the checks referenced above were intended to be made payable to, reported to law enforcement or their respective banks, that they never received the checks that were deposited into CASTLIN's account. In addition, the above businesses did not authorize the above checks to be deposited into CASTLIN's account.

14. In reviewing the full video footage from both banks and comparing the images to the BMV photo of CASTLIN, your Affiant confirmed that the images matched.

15. At all times relevant, Wright-Patt Credit Union was a credit union with accounts insured by the National Credit Union Share Insurance Fund.

## **CONCLUSION**

16. Based on the facts set forth in this Affidavit, I maintain there is probably cause to believe that:

    a. beginning on or about June 29, 2023, and continuing through on or about July 11, 2023, in the Southern District of Ohio, Shaquanda Raesheena CASTLIN, did knowingly execute, and attempt to execute, a scheme to defraud a financial institution, namely, Wrigh Patt Credi Union, and to obtain money, funds, credits, assets, securities, under the control of a financial institution by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18 United States Code, Section 1344.

Therefore, your Affiant respectfully requests this court issue an arrest warrant for the above individual.

_____
J. Michael McClelland
United States Postal Inspector


Sworn to before me, and subscribed in my presence, this 25th day of February 2025, in Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge

7